UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

UNITED STATES OF AMERICA *ex rel.*
BRUTUS TRADING, LLC,

                          Plaintiff,                    Case No. 18 Civ. 11117 (PAE)

     v.

STANDARD CHARTERED BANK, STANDARD
CHARTERED PLC, and STANDARD
CHARTERED TRADE SERVIICES
CORPORATION,

                          Defendants.

---------------------------------------------------------------x

### NOTICE OF APPEAL

Notice is hereby given pursuant to Fed. R. App. P. 3(b)(1) that Brutus Trading, LLC, Plaintiff in the above-named case, appeals to the United States Court of Appeals for the Second Circuit from:

    A. the Order and Opinion (Doc. 157), filed November 13, 2024; and

    B. the Order and Opinion (Doc. 134), filed August 12, 2024.

Dated: January 13, 2025

                                                   Respectfully submitted,

                                                   <u>/s/ *Patrick M. McSweeney*</u>

                                                   Patrick M. McSweeney
                                                   Robert J. Cynkar
                                                   McSweeney Cynkar & Kachouroff PLLC
                                                   3358 John Tree Hill Road
                                                   Powhatan, VA 23139
                                                   (804) 937-0895
                                                   *Attorneys for Relator Brutus Trading LLC*

CLOSED,APPEAL,ECF

## U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:18–cv–11117–PAE

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. Brutus Trading, LLC v. Standard Chartered Bank, et al. <br> Assigned to: Judge Paul A. Engelmayer <br> Related Case: 1:19–cv–11739–PAE <br> Case in other court: U.S. Court of Appeals, 2nd Circ., 20–02578 <br> Cause: 31:3729 False Claims Act | Date Filed: 11/29/2018 <br> Date Terminated: 07/02/2020 <br> Jury Demand: Plaintiff <br> Nature of Suit: 376 Qui Tam (31 U.S.C. § 3729(a)) <br> Jurisdiction: Federal Question |

**Plaintiff**

**ABC**
*TERMINATED: 07/10/2019*

**Plaintiff**

**United States of America**   represented by   **Jean–David Barnea**
U.S. Attorney's Office, SDNY (Chambers Street)
86 Chambers Street
New York, NY 10007
(212) 637–2679
Fax: (212) 637–2717
Email: jean–david.barnea@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick M McSweeney**
Patrick M. McSweeney, Attorney at Law
3358 John Tree Hill Road
Powhatan, VA 23139
804–937–0895
Email: patrick@mck–lawyers.com
*ATTORNEY TO BE NOTICED*

**Robert J. Cynkar**
McSweeney Cynkar & Kachouroff PLLC
10506 Milkweed Drive
Great Falls, VA 22066
703–621–3300
Email: rcynkar@mck–lawyers.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brutus Trading, LLC**   represented by   **David A. Koenigsberg**
Menz Bonner Komar & Koenigsberg L.L.P.
One N. Lexington Ave, Suite 1550
White Plains, NY 10601
(914)–949–0222
Fax: (914)–997–4117
Email: dkoenigsberg@mbklawyers.com
*TERMINATED: 08/07/2019*

**Patrick M McSweeney**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert J. Cynkar**

|  | (See above for address) |
|---|---|
|  | *ATTORNEY TO BE NOTICED* |

V.

**Defendant**

**DEF**
*TERMINATED: 07/10/2019*

**Defendant**

| **Standard Chartered Bank** | represented by | **Antonio Jorge Perez−Marques**<br>Davis Polk & Wardwell LLP (NYC)<br>450 Lexington Avenue<br>New York, NY 10017<br>(212)−450−4559<br>Fax: (2122)−450−3559<br>Email: antonio.perez@dpw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|

**Defendant**

| **Standard Chartered PLC** | represented by | **Antonio Jorge Perez−Marques**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|

**Defendant**

| **Standard Chartered Trade Services Corporation** | represented by | **Antonio Jorge Perez−Marques**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|

**Interested Party**

**NYS Department of Financial Services**

**Interested Party**

| **Times Media Limited** | represented by | **Matthew Aaron Leish**<br>Miller Korzenik Sommers Rayman LLP<br>The Paramount Building<br>1501 Broadway<br>Suite 2015<br>New York, NY 10036<br>212−752−9200<br>Email: matthew.leish@klarislaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|

| Date Filed | # | Docket Text |
|---|---|---|
| 11/29/2018 |  | Magistrate Judge James L. Cott is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: http://nysd.uscourts.gov/forms.php. (mhe) (Entered: 11/29/2018) |
| 11/29/2018 | 1 | SEALED DOCUMENT placed in vault.(mhe) (Entered: 11/29/2018) |
| 01/02/2019 | 2 | SEALED DOCUMENT placed in vault.(mhe) (Entered: 01/02/2019) |

| | | |
|---|---|---|
| 07/10/2019 | 3 | ORDER IT IS HEREBY ORDERED THAT: The complaint shall be unsealed 30 days after entry of this Order.All documents previously filed in this action shall remain under seal and not be made public, except for, 30 days after the date of entry of this Order, plaintiff–relator's qui tam complaint, this Order, and the United States' Notice of Election to Decline Intervention.SO ORDERED (Signed by Judge Paul A. Engelmayer on 3/20/19) (rz) (Entered: 07/11/2019) |
| 07/10/2019 | 4 | COMPLAINT against STANDARD CHARTERED BANK, STANDARD CHARTERED PLC, STANDARD CHARTERED TRADE SERVICES CORPORATION. Document filed by BRUTUS TRADING, LLC. This document was previously filed under in envelope document no. 1. (rjm) (Entered: 07/11/2019) |
| 07/10/2019 | 5 | CIVIL COVER SHEET. This document was previously filed under in envelope document no. 1. (rjm) (Entered: 07/11/2019) |
| 07/10/2019 | 6 | RULE 7.1 STATEMENT. No Corporate Parent. Document filed by BRUTUS TRADING, LLC. This document was previously filed under in envelope document no. 1. (rjm) (Entered: 07/11/2019) |
| 07/12/2019 | 7 | **FILING ERROR – DEFICIENT DOCKET ENTRY** – MOTION for Robert J. Cynkar to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–17238181. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by BRUTUS TRADING, LLC. (Attachments: # 1 Affidavit, # 2 Exhibit, # 3 Text of Proposed Order)(Cynkar, Robert) Modified on 7/15/2019 (wb). (Entered: 07/12/2019) |
| 07/15/2019 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE–FILE Document No. 7 MOTION for Robert J. Cynkar to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–17238181. Motion and supporting papers to be reviewed by Clerk's Office staff... The filing is deficient for the following reason(s): missing Certificate of Good Standing from Supreme Court of Virginia;. Re–file the motion as a Motion to Appear Pro Hac Vice – attach the correct signed PDF – select the correct named filer/filers – attach valid Certificates of Good Standing issued within the past 30 days – attach Proposed Order.. (wb)** (Entered: 07/15/2019) |
| 07/15/2019 | 8 | **FILING ERROR – DEFICIENT DOCKET ENTRY** – MOTION for Robert J. Cynkar to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by BRUTUS TRADING, LLC. (Attachments: # 1 Declaration in support, # 2 Certificate of Good Standing, # 3 Proposed Order)(Cynkar, Robert) Modified on 7/15/2019 (wb). (Entered: 07/15/2019) |
| 07/15/2019 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE–FILE Document No. 8 MOTION for Robert J. Cynkar to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff... The filing is deficient for the following reason(s): missing Certificate of Good Standing from Supreme Court of Virginia, NOT THE STATE BAR OF VIRGINIA. Re–file the motion as a Motion to Appear Pro Hac Vice – attach the correct signed PDF – select the correct named filer/filers – attach valid Certificates of Good Standing issued within the past 30 days – attach Proposed Order.. (wb)** (Entered: 07/15/2019) |
| 07/16/2019 | 9 | MOTION for Robert J. Cynkar to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by BRUTUS TRADING, LLC. (Attachments: # 1 Declaration in Support of Motion, # 2 Cert. of Good Standing from Va. Supreme Court, # 3 Proposed Order)(Cynkar, Robert) (Entered: 07/16/2019) |
| 07/16/2019 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 9 MOTION for Robert J. Cynkar to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (jc)** (Entered: 07/16/2019) |
| 07/17/2019 | 10 | ORDER FOR ADMISSION PRO HAC VICE: granting 9 Motion for Robert J. Cynkar to Appear Pro Hac Vice. (Signed by Judge Paul A. Engelmayer on 7/17/2019) (ama) (Entered: 07/17/2019) |

| | | |
|---|---|---|
| 07/17/2019 | 11 | MOTION for Patrick Michael McSweeney to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–17261667. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by BRUTUS TRADING, LLC. (Attachments: # 1 Letter to clerk, # 2 Declaration of counsel, # 3 Va. Sup. Ct. certificate, # 4 Order of Admission pro hac vice)(McSweeney, Patrick) (Entered: 07/17/2019) |
| 07/17/2019 | 12 | PROPOSED ORDER FOR SUBSTITUTION OF ATTORNEY. Document filed by BRUTUS TRADING, LLC. (Koenigsberg, David) (Entered: 07/17/2019) |
| 07/18/2019 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 11 MOTION for Patrick Michael McSweeney to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–17261667. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (wb)** (Entered: 07/18/2019) |
| 07/18/2019 | 13 | **FILING ERROR – DEFICIENT PLEADING – FILER ERROR –** FIRST AMENDED COMPLAINT amending 4 Complaint against STANDARD CHARTERED BANK, STANDARD CHARTERED PLC, STANDARD CHARTERED TRADE SERVICES CORPORATION with JURY DEMAND.Document filed by BRUTUS TRADING, LLC. Related document: 4 Complaint. (Attachments: # 1 Exhibit 2012 Deferred Prosecution Agreement, # 2 Exhibit 2019 Deferred Prosecution Agreement)(Cynkar, Robert) Modified on 7/19/2019 (jgo). (Entered: 07/18/2019) |
| 07/18/2019 | 14 | ORDER FOR ADMISSION PRO HAC VICE granting 11 Motion for Patrick M. McSweeney to Appear Pro Hac Vice. (Signed by Judge Paul A. Engelmayer on 7/18/2019) (anc) (Entered: 07/18/2019) |
| 07/19/2019 | | **\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT PLEADING. Notice to Attorney Robert J. Cynkar to RE–FILE Document No. 13 Amended Complaint,. The filing is deficient for the following reason(s): all of the filers were not selected for the pleading. Re–file the pleading using the event type Amended Complaint found under the event list Complaints and Other Initiating Documents – attach the correct signed PDF – select the individually named filer/filers – select the individually named party/parties the pleading is against. (jgo)** (Entered: 07/19/2019) |
| 07/19/2019 | 15 | FIRST AMENDED COMPLAINT amending 4 Complaint, 13 Amended Complaint, against STANDARD CHARTERED BANK, STANDARD CHARTERED PLC, STANDARD CHARTERED TRADE SERVICES CORPORATION with JURY DEMAND.Document filed by BRUTUS TRADING, LLC, UNITED STATES OF AMERICA. Related document: 4 Complaint, 13 Amended Complaint,. (Attachments: # 1 Exhibit 2012 Deferred Prosecution Agreement, # 2 Exhibit 2019 Deferred Prosecution Agreement)(Cynkar, Robert) (Entered: 07/19/2019) |
| 07/20/2019 | 16 | PROPOSED STIPULATION AND ORDER. Document filed by BRUTUS TRADING, LLC. (Cynkar, Robert) (Entered: 07/20/2019) |
| 07/22/2019 | 17 | STIPULATION AND ORDER EXTENDING TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO THE COMPLAINT AND TO STAY DISCOVERY: THE PARTIES HEREBY STIPULATE AND AGREE, through their respective counsel, subject to the approval of the Court, as follows: 1. Defendants' counsel agrees to accept service of the Amended Complaint on Defendants' behalf, but each Defendant expressly reserves all rights, defenses, or other objections (other than insufficient process or insufficient service of process); 2. Defendants shall file their motion to dismiss or otherwise respond to the Amended Complaint by September 27, 2019; 3. Plaintiff shall file its opposition to Defendants' motion to dismiss by November 15, 2019; 4. Defendants shall file their reply to Plaintiffs opposition by December 17, 2019; 5. Plaintiff and Defendants agree to stay all disclosures and discovery in this action until the Court rules on the motion to dismiss to be filed by Defendants. IT IS SO ORDERED. (STANDARD CHARTERED BANK answer due 9/27/2019; STANDARD CHARTERED PLC answer due 9/27/2019; STANDARD CHARTERED TRADE SERVICES CORPORATION answer due 9/27/2019. Motions due by 9/27/2019. Responses due by 11/15/2019. Replies due by 12/17/2019.) (Signed by Judge Paul A. Engelmayer on 7/22/2019) (anc) (Entered: 07/22/2019) |

| | | |
|---|---|---|
| 07/22/2019 | | ***NOTICE TO ATTORNEY REGARDING PARTY MODIFICATION.** Notice to attorney Robert J. Cynkar. The party information for the following party/parties has been modified: Standard Chartered Bank; Standard Chartered PLC; Standard Chartered Trade Services Corporation; Brutus Trading, LLC. The information for the party/parties has been modified for the following reason/reasons: party name was entered in all caps. (sj) (Entered: 07/22/2019) |
| 07/29/2019 | 18 | **FILING ERROR – DEFICIENT PLEADING – FILED AGAINST PARTY ERROR –**SECOND AMENDED COMPLAINT amending 15 Amended Complaint, against Brutus Trading, LLC, United States of America with JURY DEMAND.Document filed by Brutus Trading, LLC, United States of America. Related document: 15 Amended Complaint,. (Attachments: # 1 Exhibit 2012 Deferred Prosecution Agreement, # 2 Exhibit 2019 Deferred Prosecution Agreement, # 3 Exhibit Elyassi Indictment)(McSweeney, Patrick) Modified on 7/30/2019 (pc). (Entered: 07/29/2019) |
| 07/30/2019 | | ***NOTICE TO ATTORNEY REGARDING DEFICIENT PLEADING.** Notice to Attorney Patrick M McSweeney to RE–FILE re: Document No. 18 Amended Complaint,,. The filing is deficient for the following reason(s): the wrong party/parties whom the pleading is against were selected; Court's leave has not been granted. Re–file the pleading using the event type Amended Complaint found under the event list Complaints and Other Initiating Documents – attach the correct signed PDF – select the individually named filer/filers – select the individually named party/parties the pleading is against. File the Exhibit to Pleading event found under the event list Other Documents and attach either opposing party's written consent or Court's leave. (pc) (Entered: 07/30/2019) |
| 08/07/2019 | 19 | CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY: Notice is hereby given that, subject to approval by the court, BRUTUS TRADING, LLC substitutes ROBERT J. CYNKAR, Pro Hac Vice, as counsel of record in place of DAVID A. KOENIGSBERG. Attorney Robert J. Cynkar for Brutus Trading, LLC added. Attorney David A. Koenigsberg terminated. (Signed by Judge Paul A. Engelmayer on 8/7/2019) (mro) (Entered: 08/07/2019) |
| 08/28/2019 | 20 | LETTER addressed to Judge Paul A. Engelmayer from AUSA Jean–David Barnea dated 8/28/19 re: Government Motion to Dismiss. Document filed by United States of America.(Barnea, Jean–David) (Entered: 08/28/2019) |
| 08/29/2019 | 21 | MEMO ENDORSEMENT on re: 20 Letter filed by United States of America. ENDORSEMENT: Granted. The Court hereby adjourns the briefing schedule for defendants' motion to dismiss and sets the following schedule for the Government's motion to dismiss: Government's motion to dismiss is due October 31, 2019; realtor's opposition is due December 13, 2019; and Government's reply is due January 13, 2020. SO ORDERED. (Motions due by 10/31/2019, Responses due by 12/13/2019, Replies due by 1/13/2020.) (Signed by Judge Paul A. Engelmayer on 8/29/2019) (jca) (Entered: 08/29/2019) |
| 09/20/2019 | 22 | **FILING ERROR – DEFICIENT DOCKET ENTRY –** MOTION to Amend/Correct *Complaint*. Document filed by Brutus Trading, LLC. (Attachments: # 1 Amended complaint, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Memorandum in support, # 6 Affidavit Declaration)(McSweeney, Patrick) Modified on 12/5/2019 (db). (Entered: 09/20/2019) |
| 09/23/2019 | 23 | MEMO ENDORSEMENT granting 22 Motion to Amend/Correct. ENDORSEMENT: Granted. The Court accepts filing of the Second Amended Complaint. The briefing schedule set out at Dkt. 21 remains in effect: Government's motion to dismiss is due October 31, 2019; realtor's opposition is due December 13, 2019; and Government's reply is due January 13, 2020. (Signed by Judge Paul A. Engelmayer on 9/20/2019) (rro) (Entered: 09/23/2019) |
| 09/23/2019 | | Set/Reset Deadlines: Motions due by 10/31/2019. Responses due by 12/13/2019 Replies due by 1/13/2020. (rro) (Entered: 09/23/2019) |
| 10/24/2019 | 24 | LETTER MOTION for Extension of Time to File *Motion to Dismiss and to Unseal Original Qui Tam Complaint* addressed to Judge Paul A. Engelmayer from AUSA Jean–David Barnea dated 10/24/19. Document filed by United States of America.(Barnea, Jean–David) (Entered: 10/24/2019) |

| | | |
|---|---|---|
| 10/25/2019 | 25 | ORDER granting 24 Letter Motion for Extension of Time to File. The Court grants the motion for additional time and adopts the jointly proposed briefing schedule. The Government shall file its motion to dismiss on November 21, 2019, the relator will file its opposition on January 10, 2020, and the Government will file its reply on February 7, 2020. As to the parties' request to unseal the relator's original complaint in 12–cv–9160, the Court is amenable to doing so but requests that the parties provide the specific ECF document number to be unsealed and the date that it was filed. SO ORDERED. (Signed by Judge Paul A. Engelmayer on 10/25/2019) (kv) (Entered: 10/25/2019) |
| 10/25/2019 | | Set/Reset Deadlines: Motions due by 11/21/2019. Responses due by 1/10/2020 Replies due by 2/7/2020. (kv) (Entered: 10/25/2019) |
| 10/28/2019 | 26 | LETTER addressed to Judge Paul A. Engelmayer from AUSA Jean–David Barnea dated 10/28/19 re: Unsealing Qui Tam Complaint. Document filed by United States of America.(Barnea, Jean–David) (Entered: 10/28/2019) |
| 10/28/2019 | 27 | MEMO ENDORSEMENT on re: 26 Letter filed by United States of America. ENDORSEMENT: The Clerk of Court is respectfully directed to unseal the original complaint, filed on December 17, 2012, in the related (and now closed) matter: 12–cv–9160 (KBF). (Signed by Judge Paul A. Engelmayer on 10/28/2019) (jwh) Transmission to Sealed Records Clerk for processing. (Entered: 10/28/2019) |
| 11/18/2019 | 28 | LETTER MOTION for Leave to File Excess Pages *in Motion to Dismiss* addressed to Judge Paul A. Engelmayer from AUSA Jean–David Barnea dated 11/18/19. Document filed by United States of America.(Barnea, Jean–David) (Entered: 11/18/2019) |
| 11/19/2019 | 29 | ORDER granting 28 Letter Motion for Leave to File Excess Pages: Granted. (Signed by Judge Paul A. Engelmayer on 11/19/2019) (jwh) (Entered: 11/19/2019) |
| 11/21/2019 | 30 | MOTION to Dismiss *Relator's Second Amended Complaint*. Document filed by United States of America.(Barnea, Jean–David) (Entered: 11/21/2019) |
| 11/21/2019 | 31 | MEMORANDUM OF LAW in Support re: 30 MOTION to Dismiss *Relator's Second Amended Complaint*. . Document filed by United States of America. (Barnea, Jean–David) (Entered: 11/21/2019) |
| 11/21/2019 | 32 | DECLARATION of FBI Special Agent Matthew F. Komar in Support re: 30 MOTION to Dismiss *Relator's Second Amended Complaint*.. Document filed by United States of America. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Barnea, Jean–David) (Entered: 11/21/2019) |
| 11/21/2019 | 33 | DECLARATION of FBI Special Agent Wayne C. Boddy in Support re: 30 MOTION to Dismiss *Relator's Second Amended Complaint*.. Document filed by United States of America. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9)(Barnea, Jean–David) (Entered: 11/21/2019) |
| 11/21/2019 | 34 | DECLARATION of Alexandre Manfull (OFAC) in Support re: 30 MOTION to Dismiss *Relator's Second Amended Complaint*.. Document filed by United States of America. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Barnea, Jean–David) (Entered: 11/21/2019) |
| 11/21/2019 | 35 | DECLARATION of Patrick M. Bryan, Board of Governors of Federal Reserve System in Support re: 30 MOTION to Dismiss *Relator's Second Amended Complaint*.. Document filed by United States of America. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Barnea, Jean–David) (Entered: 11/21/2019) |
| 12/03/2019 | 36 | LETTER MOTION for Discovery addressed to Judge Paul A. Engelmayer from Patrick M.McSweeney dated December 3, 2019. Document filed by Brutus Trading, LLC.(McSweeney, Patrick) (Entered: 12/03/2019) |
| 12/06/2019 | 37 | LETTER addressed to Judge Paul A. Engelmayer from AUSA Jean–David Barnea dated 12/6/19 re: Timing of Response to Relator's Request to Take a Deposition. Document filed by United States of America.(Barnea, Jean–David) (Entered: 12/06/2019) |

| | | |
|---|---|---|
| 12/09/2019 | 38 | MEMO ENDORSEMENT on re: 37 Letter. ENDORSEMENT: After reviewing Relator's submission, Dkt. 36, the Court concludes that it would benefit from the views of the Government and DFS before ruling on Relator's request. The Court therefore construes the Government's letter as a motion for an extension of time to respond, which it grants nunc pro tunc. The Government is reminded that the procedure for discovery disputes is outlined in the Court's individual rules, which require a response within 3 business days absent a request for more time. The letters in opposition are due by December 11, 2019. (Set Deadlines/Hearing as to 36 LETTER MOTION for Discovery: Responses due by 12/11/2019) (Signed by Judge Paul A. Engelmayer on 12/9/2019) (jwh) (Entered: 12/09/2019) |
| 12/11/2019 | 39 | LETTER addressed to Judge Paul A. Engelmayer from Kevin J. Bishop dated December 11, 2019 re: Opposition to Discovery Request. Document filed by NYS Department of Financial Services.(Bishop, Kevin) (Entered: 12/11/2019) |
| 12/11/2019 | 40 | LETTER addressed to Judge Paul A. Engelmayer from AUSA Jean–David Barnea dated 12/11/19 re: Request for Deposition. Document filed by United States of America. (Attachments: # 1 Exhibit, # 2 Exhibit)(Barnea, Jean–David) (Entered: 12/11/2019) |
| 12/11/2019 | 41 | NOTICE OF APPEARANCE by Antonio Jorge Perez–Marques on behalf of Standard Chartered Bank, Standard Chartered PLC, Standard Chartered Trade Services Corporation. (Perez–Marques, Antonio) (Entered: 12/11/2019) |
| 12/11/2019 | 42 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Other Affiliate Standard Chartered PLC, Other Affiliate Standard Chartered Holdings Limited for Standard Chartered Bank; Other Affiliate Standard Chartered Bank, Other Affiliate Standard Chartered Holdings, Inc. for Standard Chartered Trade Services Corporation. Document filed by Standard Chartered Bank, Standard Chartered PLC, Standard Chartered Trade Services Corporation.(Perez–Marques, Antonio) (Entered: 12/11/2019) |
| 12/11/2019 | 43 | LETTER addressed to Judge Paul A. Engelmayer from Antonio J. Perez–Marques dated December 11, 2019 re: Request for Deposition. Document filed by Standard Chartered Bank, Standard Chartered PLC, Standard Chartered Trade Services Corporation.(Perez–Marques, Antonio) (Entered: 12/11/2019) |
| 12/12/2019 | 44 | FIRST LETTER MOTION for Leave to File Letter motion addressed to Judge Paul A. Engelmayer from Patrick M.McSweeney dated December 12, 2019. Document filed by Brutus Trading, LLC.(McSweeney, Patrick) (Entered: 12/12/2019) |
| 12/12/2019 | 45 | ORDER granting 44 Letter Motion for Leave to File Document: The relator's request to file a consolidated reply by December 16, 2019, is granted. (Signed by Judge Paul A. Engelmayer on 12/12/2019) (jwh) (Entered: 12/12/2019) |
| 12/12/2019 | | Set/Reset Deadlines as to 36 LETTER MOTION for Discovery: Replies due by 12/16/2019. (jwh) (Entered: 12/12/2019) |
| 12/16/2019 | 46 | SECOND LETTER MOTION for Discovery addressed to Judge Paul A. Engelmayer from Patrick M.McSweeney dated December 16, 2019. Document filed by Brutus Trading, LLC. (Attachments: # 1 Exhibit, # 2 Exhibit)(McSweeney, Patrick) (Entered: 12/16/2019) |
| 12/23/2019 | 47 | ORDER denying without prejudice 36 Letter Motion for Discovery. The Court need notand, to be clear, does not in this Order resolving Relator's motion to depose Mr. Alterdecide the applicable standard of review for the United States' motion to dismiss Relators complaint. That is because Relator has not shown how the testimony of Mr. Alter, to the extent it concerns non–privileged material, is warranted or appropriate on a motion to dismiss. Even under the more demanding standard, the Court can resolve, without Mr. Alter's testimony, whether there is a basis to contend that the governments proffered rationale for dismissing the complaint is "fraudulent, arbitrary and capricious, or illegal." Sequoia Orange Co., 151 F.3d at 1145. A deposition of Mr. Alter is simply not necessary at this stage of the litigation. Relator's motion to depose Mr. Alter is therefore denied, without prejudice to Relator renewing its application if the complaint survives the United States' motion to dismiss. The Clerk of Court is respectfully directed to terminate the motion pending at docket 36. (And as further set forth herein.) SO ORDERED.. (Signed by Judge Paul A. Engelmayer on 12/23/2019) (jca) (Entered: 12/23/2019) |

| | | |
|---|---|---|
| 01/10/2020 | 48 | **FILING ERROR – DEFICIENT DOCKET ENTRY (SEE DOCUMENT #49) –** MEMORANDUM OF LAW in Opposition re: 30 MOTION to Dismiss *Relator's Second Amended Complaint*. . Document filed by Brutus Trading, LLC. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit, # 14 Exhibit)(McSweeney, Patrick) Modified on 1/23/2020 (ldi). (Entered: 01/10/2020) |
| 01/22/2020 | 49 | RESPONSE in Opposition to Motion re: 30 MOTION to Dismiss *Relator's Second Amended Complaint*. *[corrected]*. Document filed by Brutus Trading, LLC. (McSweeney, Patrick) (Entered: 01/22/2020) |
| 01/30/2020 | 50 | LETTER MOTION for Extension of Time to File Response/Reply as to 30 MOTION to Dismiss *Relator's Second Amended Complaint*., 49 Response in Opposition to Motion addressed to Judge Paul A. Engelmayer from AUSA Jean–David Barnea dated 1/30/20. Document filed by United States of America.(Barnea, Jean–David) (Entered: 01/30/2020) |
| 01/31/2020 | 51 | ORDER granting 50 Letter Motion for Extension of Time to File Response/Reply re 30 MOTION to Dismiss: Granted. (Replies due by 2/28/2020.) (Signed by Judge Paul A. Engelmayer on 1/31/2020) (jwh) (Entered: 01/31/2020) |
| 02/25/2020 | 52 | LETTER MOTION for Leave to File Excess Pages *for Reply Brief* addressed to Judge Paul A. Engelmayer from AUSA Jean–David Barnea dated 2/25/20. Document filed by United States of America..(Barnea, Jean–David) (Entered: 02/25/2020) |
| 02/25/2020 | 53 | ORDER granting 52 Letter Motion for Leave to File Excess Pages. The request to file a reply brief not to exceed 15 pages is granted. Counsel is urged not to use more pages than is necessary. SO ORDERED. (Signed by Judge Paul A. Engelmayer on 2/25/2020) (rj) (Entered: 02/26/2020) |
| 02/28/2020 | 54 | REPLY MEMORANDUM OF LAW in Support re: 30 MOTION to Dismiss *Relator's Second Amended Complaint*. . Document filed by United States of America..(Barnea, Jean–David) (Entered: 02/28/2020) |
| 02/28/2020 | 55 | REPLY AFFIRMATION of FBI Special Agent Matthew F. Komar in Support re: 30 MOTION to Dismiss *Relator's Second Amended Complaint*.. Document filed by United States of America..(Barnea, Jean–David) (Entered: 02/28/2020) |
| 02/28/2020 | 56 | REPLY AFFIRMATION of FBI Special Agent Wayne C. Boddy in Support re: 30 MOTION to Dismiss *Relator's Second Amended Complaint*.. Document filed by United States of America. (Attachments: # 1 Exhibit A, # 2 Exhibit B).(Barnea, Jean–David) (Entered: 02/28/2020) |
| 02/28/2020 | 57 | REPLY AFFIRMATION of Alexandre Manfull (OFAC) in Support re: 30 MOTION to Dismiss *Relator's Second Amended Complaint*.. Document filed by United States of America..(Barnea, Jean–David) (Entered: 02/28/2020) |
| 02/28/2020 | 58 | REPLY AFFIRMATION of Elizabeth Nochlin (DFS) in Support re: 30 MOTION to Dismiss *Relator's Second Amended Complaint*.. Document filed by United States of America. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4).(Barnea, Jean–David) (Entered: 02/28/2020) |
| 03/02/2020 | 59 | LETTER MOTION for Leave to File Sur–reply addressed to Judge Paul A. Engelmayer from Patrick M. McSweeney dated 03/02/2020. Document filed by Brutus Trading, LLC..(McSweeney, Patrick) (Entered: 03/02/2020) |
| 03/05/2020 | 60 | ORDER: granting 59 Letter Motion for Leave to File Document. Granted. Relator may file a brief sur–reply by March 13, 2020. SO ORDERED. (Signed by Judge Paul A. Engelmayer on 3/05/2020) (ama) (Entered: 03/05/2020) |
| 03/05/2020 | | Set/Reset Deadlines: Surreplies due by 3/13/2020. (ama) (Entered: 03/05/2020) |
| 03/13/2020 | 61 | REPLY MEMORANDUM OF LAW in Opposition re: 30 MOTION to Dismiss *Relator's Second Amended Complaint*. . Document filed by Brutus Trading, LLC. (Attachments: # 1 Exhibit SCB bulletin 10–23–08, # 2 Exhibit Relator's disclosure statement, # 3 Exhibit Letter to AUSA, # 4 Exhibit Master List, # 5 Exhibit Koenigsberg Declaration, # 6 Exhibit Marcellus Supp. Declaration).(McSweeney, Patrick) (Entered: 03/13/2020) |

| | | |
|---|---|---|
| 07/02/2020 | 62 | OPINION & ORDER re: 30 MOTION to Dismiss *Relator's Second Amended Complaint*: For the reasons stated above, the Court finds that at least two of the reasons proffered by the Government in support of dismissal qualify as "valid government purpose[s]" and that the Government has articulated "a rational relation between dismissal and accomplishment of th[ose] purpose[s]." Sequoia Orange, 151 F.3d at 1145. The Court further finds that relator has not carried its burden of showing that either, let alone both, of these reasons "is fraudulent, arbitrary and capricious, or illegal." Id. The Court therefore grants the Government's motion to dismiss the Second Amended Complaint. The Clerk of Court is respectfully directed to terminate the motion pending at docket 30 and close this case. (Signed by Judge Paul A. Engelmayer on 7/2/2020) (jwh) Transmission to Orders and Judgments Clerk for processing. (Entered: 07/02/2020) |
| 07/02/2020 | 63 | CLERK'S JUDGMENT re: 62 Memorandum & Opinion in favor of United States of America against Standard Chartered Bank, Standard Chartered PLC, Standard Chartered Trade Services Corporation. It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Opinion & Order dated July 2, 2020, the Court finds that at least two of the reasons proffered by the Government in support of dismissal qualify as "valid government purpose[s]" and that the Government has articulated "a rational relation between dismissal and accomplishment of th[ose] purpose[s]." Sequoia Orange, 151 F.3d at 1145. The Court further finds that relator has not carried its burden of showing that either, let alone both, of these reasons "is fraudulent, arbitrary and capricious, or illegal." Id. The Government's motion to dismiss the Second Amended Complaint is granted; accordingly, this case is closed. (Signed by Clerk of Court Ruby Krajick on 7/2/2020) (Attachments: # 1 Right to Appeal) (km) (Entered: 07/02/2020) |
| 07/31/2020 | 64 | **FILING ERROR – NO ORDER SELECTED FOR APPEAL** – NOTICE OF APPEAL. Document filed by Brutus Trading, LLC. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit. (McSweeney, Patrick) Modified on 7/31/2020 (tp). (Entered: 07/31/2020) |
| 07/31/2020 | | ***NOTICE TO ATTORNEY REGARDING DEFICIENT APPEAL. Notice to attorney McSweeney, Patrick to RE–FILE Document No. 64 Notice of Appeal. The filing is deficient for the following reason(s): the order/judgment being appealed was not selected. Re–file the appeal using the event type *Corrected Notice of Appeal* found under the event list Appeal Documents – attach the correct signed PDF – select the correct named filer/filers – select the correct order/judgment being appealed. (tp)** (Entered: 07/31/2020) |
| 08/03/2020 | 65 | **FILING ERROR – NO ORDER SELECTED FOR APPEAL** – CORRECTED NOTICE OF APPEAL re: 64 Notice of Appeal,. Document filed by Brutus Trading, LLC. (McSweeney, Patrick) Modified on 8/3/2020 (tp). (Entered: 08/03/2020) |
| 08/03/2020 | | ***NOTICE TO ATTORNEY REGARDING DEFICIENT APPEAL. Notice to attorney McSweeney, Patrick to RE–FILE Document No. 65 Corrected Notice of Appeal. The filing is deficient for the following reason(s): the order/judgment being appealed was not selected. Re–file the appeal using the event type *Corrected Notice of Appeal* found under the event list Appeal Documents – attach the correct signed PDF – select the correct named filer/filers – select the correct order/judgment being appealed. (tp)** (Entered: 08/03/2020) |
| 08/03/2020 | 66 | CORRECTED NOTICE OF APPEAL re: 64 Notice of Appeal, 62 Memorandum & Opinion,,,. Document filed by Brutus Trading, LLC..(McSweeney, Patrick) (Entered: 08/03/2020) |
| 08/03/2020 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 66 Corrected Notice of Appeal. (tp) (Entered: 08/03/2020) |
| 08/03/2020 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 66 Corrected Notice of Appeal filed by Brutus Trading, LLC were transmitted to the U.S. Court of Appeals. (tp) (Entered: 08/03/2020) |
| 08/03/2020 | | Appeal Fee Due: for 66 Corrected Notice of Appeal. $505.00 Appeal fee due by 8/17/2020..(nd) (Entered: 08/04/2020) |

| | | |
|---|---|---|
| 08/31/2020 | | Appeal Fee Payment: for 66 Corrected Notice of Appeal. Filing fee $ 505.00, receipt number ANYSDC–21412038..(McSweeney, Patrick) (Entered: 08/31/2020) |
| 09/03/2020 | | USCA Case Number 20–2578 from the U.S. Court of Appeals, 2nd Circ. assigned to 66 Corrected Notice of Appeal filed by Brutus Trading, LLC..(nd) (Entered: 09/03/2020) |
| 10/27/2020 | 67 | MOTION to Reopen Case . Document filed by Brutus Trading, LLC..(McSweeney, Patrick) (Entered: 10/27/2020) |
| 10/27/2020 | 68 | BRIEF *in support of Motion for indicative Ruling*. Document filed by Brutus Trading, LLC..(McSweeney, Patrick) (Entered: 10/27/2020) |
| 10/28/2020 | 69 | MEMO ENDORSEMENT on re: 68 Brief. ENDORSEMENT: The Court directs the Government to respond by November 13, 2020. (Set Deadlines/Hearing as to 67 MOTION to Reopen Case: Responses due by 11/13/2020) (Signed by Judge Paul A. Engelmayer on 10/28/2020) (jwh) (Entered: 10/28/2020) |
| 11/10/2020 | 70 | LETTER MOTION for Extension of Time to File Response/Reply as to 67 MOTION to Reopen Case . addressed to Judge Paul A. Engelmayer from AUSA Jean–David Barnea dated 11/10/20. Document filed by United States of America..(Barnea, Jean–David) (Entered: 11/10/2020) |
| 11/12/2020 | 71 | ORDER of USCA (Certified Copy) as to 66 Corrected Notice of Appeal filed by Brutus Trading, LLC. USCA Case Number 20–2578. Appellant moves the Court to hold this appeal in abeyance pending resolution in the district court of a motion for an indicative ruling. IT IS HEREBY ORDERED that the motion is GRANTED. Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Certified: 11/12/2020..(nd) (Entered: 11/12/2020) |
| 11/12/2020 | 72 | ORDER granting 70 LETTER MOTION for Extension of Time to File Response/Reply as to 67 MOTION to Reopen Case. Granted. SO ORDERED. Responses due by 12/22/2020, Replies due by 1/11/2021. (Signed by Judge Paul A. Engelmayer on 11/12/2020) (jca) (Entered: 11/12/2020) |
| 12/22/2020 | 73 | MEMORANDUM OF LAW in Opposition re: 67 MOTION to Reopen Case . . Document filed by United States of America..(Barnea, Jean–David) (Entered: 12/22/2020) |
| 12/22/2020 | 74 | DECLARATION of FBI Special Agent Matthew F. Komar in Opposition re: 67 MOTION to Reopen Case .. Document filed by United States of America..(Barnea, Jean–David) (Entered: 12/22/2020) |
| 12/22/2020 | 75 | DECLARATION of Alexandre Manfull (OFAC) in Opposition re: 67 MOTION to Reopen Case .. Document filed by United States of America..(Barnea, Jean–David) (Entered: 12/22/2020) |
| 01/11/2021 | 76 | REPLY MEMORANDUM OF LAW in Support re: 67 MOTION to Reopen Case . . Document filed by Brutus Trading, LLC. (Attachments: # 1 Exhibit Declaration of Marcellus, # 2 Exhibit Declaration of Knight, # 3 Exhibit Declaration of Chandra, # 4 Exhibit Koenigsberg memorandum).(McSweeney, Patrick) (Entered: 01/11/2021) |
| 01/12/2021 | 77 | DECLARATION of Robert G. Marcellus in Opposition re: 67 MOTION to Reopen Case .. Document filed by Brutus Trading, LLC..(McSweeney, Patrick) (Entered: 01/12/2021) |
| 01/12/2021 | 78 | DECLARATION of Anshuman Chandra in Support re: 67 MOTION to Reopen Case .. Document filed by Brutus Trading, LLC..(McSweeney, Patrick) (Entered: 01/12/2021) |
| 01/12/2021 | 79 | REPLY MEMORANDUM OF LAW in Support re: 67 MOTION to Reopen Case . . Document filed by Brutus Trading, LLC. (Attachments: # 1 Exhibit Declaration of Marcellus, # 2 Exhibit Declaration of Knight, # 3 Exhibit Declaration of Chandra, # 4 Exhibit Koenigsberg memorandum).(McSweeney, Patrick) (Entered: 01/12/2021) |
| 01/29/2021 | 80 | LETTER MOTION for Leave to File Sur–Reply *or to Strike Portions of Reply Brief* addressed to Judge Paul A. Engelmayer from AUSA Jean–David Barnea dated 1/29/21. Document filed by United States of America..(Barnea, Jean–David) (Entered: 01/29/2021) |

| | | |
|---|---|---|
| 02/01/2021 | 81 | ORDER granting 80 Letter Motion for Leave to File Document: The Government is granted leave to file a sur–reply brief, not to exceed 5 pages, due February 22, 2021. No further replies from either side will be invited. (Signed by Judge Paul A. Engelmayer on 2/1/2021) (jwh) (Entered: 02/01/2021) |
| 02/01/2021 | | Set/Reset Deadlines: Surreplies due by 2/22/2021. (jwh) (Entered: 02/01/2021) |
| 02/01/2021 | 82 | LETTER RESPONSE in Opposition to Motion addressed to Judge Paul A. Engelmayer from Patrick M. McSweeney dated Feb. 1, 2021 re: 80 LETTER MOTION for Leave to File Sur–Reply *or to Strike Portions of Reply Brief* addressed to Judge Paul A. Engelmayer from AUSA Jean–David Barnea dated 1/29/21. . Document filed by Brutus Trading, LLC..(McSweeney, Patrick) (Entered: 02/01/2021) |
| 02/02/2021 | 83 | MEMO ENDORSEMENT on re: 82 Response in Opposition to Motion, filed by Brutus Trading, LLC. ENDORSEMENT: Plaintiff's request is denied. As ordered at docket 81, the Government is granted leave to file a sur–reply brief, due February 22, 2021. No further replies from either side are invited. The Court will, however, consider this letter (Dkt. 82) from plaintiffs. SO ORDERED. (Surreplies due by 2/22/2021.) (Signed by Judge Paul A. Engelmayer on 2/2/2021) (jca) (Entered: 02/02/2021) |
| 02/19/2021 | 84 | LETTER MOTION for Extension of Time to File *Sur–Reply* addressed to Judge Paul A. Engelmayer from AUSA Jean–David Barnea dated 2/19/21. Document filed by United States of America..(Barnea, Jean–David) (Entered: 02/19/2021) |
| 02/22/2021 | 85 | ORDER granting 84 LETTER MOTION for Extension of Time to File Sur–Reply. Granted. SO ORDERED. (Signed by Judge Paul A. Engelmayer on 2/22/2021) (jca) (Entered: 02/22/2021) |
| 02/22/2021 | | Set/Reset Deadlines: Surreplies due by 3/8/2021. (jca) (Entered: 02/22/2021) |
| 03/08/2021 | 86 | RESPONSE in Opposition to Motion re: 67 MOTION to Reopen Case . *(Sur–Reply Brief)*. Document filed by United States of America. (Attachments: # 1 Exhibit).(Barnea, Jean–David) (Entered: 03/08/2021) |
| 03/08/2021 | 87 | REPLY AFFIRMATION of FBI Special Agent Matthew Komar in Opposition re: 67 MOTION to Reopen Case .. Document filed by United States of America. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit).(Barnea, Jean–David) (Entered: 03/08/2021) |
| 03/08/2021 | 88 | REPLY AFFIRMATION of Alexandre Manfull (OFAC) [REDACTED] in Opposition re: 67 MOTION to Reopen Case .. Document filed by United States of America. (Attachments: # 1 Exhibit).(Barnea, Jean–David) (Entered: 03/08/2021) |
| 03/08/2021 | 89 | LETTER MOTION to Seal *Portions of 3d Supp Manfull and 2d Supp Marcellus Declarations* addressed to Judge Paul A. Engelmayer from AUSA Jean–David Barnea dated 3/8/21. Document filed by United States of America..(Barnea, Jean–David) (Entered: 03/08/2021) |
| 03/12/2021 | 90 | ORDER granting 89 LETTER MOTION to Seal Portions of 3d Supp Manfull and 2d Supp Marcellus Declaration. On March 8, 2021, the Government moved to place under seal portions of Dockets 76, 77, and 79, and for leave to file a redacted version of the Third Supplemental Declaration of Alexandre Manfull on the public docket, as well as an unredacted version under seal. Dkt. 89. That motion is granted. The Clerk of Court is respectfully requested to place dockets 76, 77, and 79 under seal, and the parties are directed to file redacted copies of the documents as proposed in the Government's letter, Dkt. 89. The Government is also directed to file the Third Supplemental Declaration of Alexandre Manfull, Dkt. 88, without redactions and under seal. SO ORDERED. (Signed by Judge Paul A. Engelmayer on 3/11/2021) (jca) (Entered: 03/12/2021) |
| 03/12/2021 | 91 | LETTER addressed to Judge Paul A. Engelmayer from Patrick McSweeney dated March 12, 2021 re: Offer of Proof. Document filed by Brutus Trading, LLC..(McSweeney, Patrick) (Entered: 03/12/2021) |
| 03/16/2021 | 92 | REPLY MEMORANDUM OF LAW in Support re: 67 MOTION to Reopen Case . . Document filed by Brutus Trading, LLC. (Attachments: # 1 Affidavit Declaration of Marcellus).(McSweeney, Patrick) (Entered: 03/16/2021) |

| | | |
|---|---|---|
| 03/16/2021 | 93 | REPLY MEMORANDUM OF LAW in Support re: 67 MOTION to Reopen Case . . Document filed by Brutus Trading, LLC. (Attachments: # 1 Affidavit Declaration of Knight).(McSweeney, Patrick) (Entered: 03/16/2021) |
| 03/16/2021 | 94 | REPLY MEMORANDUM OF LAW in Support re: 67 MOTION to Reopen Case . . Document filed by Brutus Trading, LLC. (Attachments: # 1 Affidavit Declaration of Chandra).(McSweeney, Patrick) (Entered: 03/16/2021) |
| 03/16/2021 | 95 | REPLY MEMORANDUM OF LAW in Support re: 67 MOTION to Reopen Case . . Document filed by Brutus Trading, LLC. (Attachments: # 1 Exhibit Koenigsberg memorandum).(McSweeney, Patrick) (Entered: 03/16/2021) |
| 03/17/2021 | 96 | ***SELECTED PARTIES***REPLY AFFIRMATION of Alexandre Manfull (OFAC) [UNREDACTED] in Opposition re: 67 MOTION to Reopen Case .. Document filed by United States of America, Brutus Trading, LLC, Standard Chartered Bank, Standard Chartered PLC, Standard Chartered Trade Services Corporation. (Attachments: # 1 Exhibit)Motion or Order to File Under Seal: 89 .(Barnea, Jean−David) (Entered: 03/17/2021) |
| 10/13/2021 | 97 | OPINION & ORDER re: 67 MOTION to Reopen Case, filed by Brutus Trading, LLC. For the foregoing reasons, the Court denies relator's motion for an indicative ruling that, if it had jurisdiction to do so, it would grant relator relief under Rule 60. Quite to the contrary, were the Court of Appeals to remand this case, the Court would deny relator's motion for relief under Rule 60. The Clerk of Court is respectfully directed to terminate the motion pending at docket number 67. This case remains within the jurisdiction of the Court of Appeals. SO ORDERED. (Signed by Judge Paul A. Engelmayer on 10/13/2021) (va) (Entered: 10/13/2021) |
| 10/25/2021 | 98 | ORDER of USCA (Certified Copy) as to 66 Corrected Notice of Appeal filed by Brutus Trading, LLC. USCA Case Number 20−2578. IT IS HEREBY ORDERED that the motion is GRANTED. The stay of the appeal is lifted, and Appellant may file a replacement opening brief. Appellants opening brief and any supplemental appendix are due December 20, 2021. Appellees' briefs are due March 21, 2022. A reply brief, if any, is due April 11, 2022. Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Certified: 10/25/2021..(nd) (Entered: 10/26/2021) |
| 01/24/2023 | 99 | ORDER of USCA (Certified Copy) as to 66 Corrected Notice of Appeal filed by Brutus Trading, LLC. USCA Case Number 20−2578. The parties are hereby advised that consideration of this appeal will be held in abeyance pending the Supreme Court's issuance of its decision in United States, ex rel. Polansky v. Executive Health Resources (U.S. No. 21−1052). It is ORDERED that, no later than fourteen days after issuance of that decision, each party shall submit to this court a letter brief, not to exceed fifteen pages double−spaced, addressing the effect, if any, that the Polanksy decision has on this appeal. Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Certified: 1/24/2023..(nd) (Entered: 01/24/2023) |
| 11/03/2023 | 100 | MANDATE of USCA (Certified Copy) as to 64 Notice of Appeal, filed by Brutus Trading, LLC USCA Case Number 20−2578. UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the judgment of the district court is AFFIRMED. Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Issued As Mandate: 11/3/2023. (tp) (Entered: 11/03/2023) |
| 11/03/2023 | | Transmission of USCA Mandate/Order to the District Judge re: 100 USCA Mandate. (tp) (Entered: 11/03/2023) |
| 05/31/2024 | 101 | MOTION to Vacate . Document filed by Brutus Trading, LLC..(McSweeney, Patrick) (Entered: 05/31/2024) |
| 05/31/2024 | 102 | MEMORANDUM OF LAW in Support re: 101 MOTION to Vacate . . Document filed by Brutus Trading, LLC..(McSweeney, Patrick) (Entered: 05/31/2024) |
| 05/31/2024 | 103 | DECLARATION of Patrick McSweeney in Support re: 101 MOTION to Vacate .. Document filed by Brutus Trading, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J).(McSweeney, Patrick) (Entered: 05/31/2024) |
| 05/31/2024 | 104 | DECLARATION of David Scantling in Support re: 101 MOTION to Vacate .. Document filed by Brutus Trading, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # |

| | | |
|---|---|---|
| | | 3 Exhibit C, # 4 Supplement Addendum).(McSweeney, Patrick) (Entered: 05/31/2024) |
| 05/31/2024 | 105 | DECLARATION of Julian Knight in Support re: 101 MOTION to Vacate .. Document filed by Brutus Trading, LLC..(McSweeney, Patrick) (Entered: 05/31/2024) |
| 05/31/2024 | 106 | LETTER MOTION to Seal addressed to Judge Paul A. Engelmayer from Patrick McSweeney dated 05/31/2024. Document filed by Brutus Trading, LLC..(McSweeney, Patrick) (Entered: 05/31/2024) |
| 06/04/2024 | 107 | ORDER: On May 31, 2024, relator Brutus Trading, LLC ("Brutus") filed a motion to set aside judgment under Federal Rule of Civil Procedure 60(d)(3). Dkt. 106. The Court directs the Government to file a response by June 25, 2024; and Brutus to file a reply by July 9, 2024. SO ORDERED. Responses due by 6/25/2024, Replies due by 7/9/2024. (Signed by Judge Paul A. Engelmayer on 6/4/2024) (mml) (Entered: 06/05/2024) |
| 06/05/2024 | 108 | SECOND LETTER MOTION to Seal *Exhibit K* addressed to Judge Paul A. Engelmayer from Patrick M.McSweeney dated June 5, 2024. Document filed by Brutus Trading, LLC..(McSweeney, Patrick) (Entered: 06/05/2024) |
| 06/06/2024 | 109 | ORDER granting 108 Letter Motion to Seal. Granted. Counsel can file Exhibit K under seal. Additionally, counsel is permitted to submit Exhibit K via an electronic storage device by either mailing or delivering it to the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York 10007. SO ORDERED. (Signed by Judge Paul A. Engelmayer on 6/6/2024) (tg) (Entered: 06/06/2024) |
| 06/20/2024 | 110 | LETTER MOTION for Extension of Time to File Response/Reply as to 101 MOTION to Vacate . addressed to Judge Paul A. Engelmayer from AUSA Jean−David Barnea dated 6−20−24. Document filed by United States of America..(Barnea, Jean−David) (Entered: 06/20/2024) |
| 06/20/2024 | 111 | ORDER granting 110 Letter Motion for Extension of Time to File Response/Reply re 110 LETTER MOTION for Extension of Time to File Response/Reply as to 101 MOTION to Vacate . addressed to Judge Paul A. Engelmayer from AUSA Jean−David Barnea dated 6−20−24., 101 MOTION to Vacate . Granted. SO ORDERED. Responses due by 7/9/2024 Replies due by 7/23/2024.. (Signed by Judge Paul A. Engelmayer on 6/20/2024) (tro) (Entered: 06/20/2024) |
| 06/24/2024 | 112 | LETTER MOTION for Conference re: 101 MOTION to Vacate . addressed to Judge Paul A. Engelmayer from Patrick M.McSweeney dated 101. Document filed by Brutus Trading, LLC..(McSweeney, Patrick) (Entered: 06/24/2024) |
| 06/24/2024 | 113 | LETTER RESPONSE in Opposition to Motion addressed to Judge Paul A. Engelmayer from AUSA Jean−David Barnea dated 6−24−24 re: 112 LETTER MOTION for Conference re: 101 MOTION to Vacate . addressed to Judge Paul A. Engelmayer from Patrick M.McSweeney dated 101. . Document filed by United States of America..(Barnea, Jean−David) (Entered: 06/24/2024) |
| 06/25/2024 | 114 | LETTER REPLY to Response to Motion addressed to Judge Paul A. Engelmayer from Patrick M.McSweeney dated 6/25/2024 re: 112 LETTER MOTION for Conference re: 101 MOTION to Vacate . addressed to Judge Paul A. Engelmayer from Patrick M.McSweeney dated 101. . Document filed by Brutus Trading, LLC..(McSweeney, Patrick) (Entered: 06/25/2024) |
| 07/01/2024 | 115 | **FILING ERROR − DEFICIENT DOCKET ENTRY − (SUPPORTING DOCUMENTS TO BE FILED SEPARATELY) −** FIRST MOTION to Disqualify Counsel *Jean−David Barnea*. Document filed by Brutus Trading, LLC. (Attachments: # 1 Supplement Memorandum of Law, # 2 Affidavit Declaration of Julian Knight, # 3 Affidavit Declaration of Marcellus, # 4 Affidavit Decl of McSweeney with exhibits).(McSweeney, Patrick) Modified on 7/3/2024 (lb). (Entered: 07/01/2024) |
| 07/01/2024 | 116 | **FILING ERROR − DEFICIENT DOCKET ENTRY − (SUPPORTING DOCUMENTS TO BE FILED SEPARATELY) −** FIRST MOTION to Appoint Expert . Document filed by Brutus Trading, LLC. (Attachments: # 1 Supplement Memorandum of Law, # 2 Affidavit Declaration of Julian Knight, # 3 Affidavit Declaration of Marcellus).(McSweeney, Patrick) Modified on 7/3/2024 (lb). (Entered: 07/01/2024) |

| | | |
|---|---|---|
| 07/02/2024 | 117 | **FILING ERROR – DEFICIENT DOCKET ENTRY – (SUPPORTING DOCUMENTS TO BE FILED SEPARATELY) –** SECOND MOTION to Disqualify Counsel . Document filed by Brutus Trading, LLC. (Attachments: # 1 Supplement Memorandum of Law, # 2 Affidavit Declaration of Patrick M. McSweeney).(McSweeney, Patrick) Modified on 7/3/2024 (lb). (Entered: 07/02/2024) |
| 07/03/2024 | | ***NOTICE TO ATTORNEY TO RE–FILE DOCUMENT – DEFICIENT DOCKET ENTRY ERROR. Notice to Attorney Patrick M McSweeney to RE–FILE Document 115 FIRST MOTION to Disqualify Counsel *Jean–David Barnea*. and 116 FIRST MOTION to Appoint Expert .. ERROR(S): Supporting Documents are filed separately, each receiving their own document #. (Supporting Documents are found under the Event Type – Replies, Opposition and Supporting Documents). (lb)** (Entered: 07/03/2024) |
| 07/05/2024 | 118 | LETTER MOTION for Extension of Time *Proposed Sequence and Briefing Schedule for Relator's Recent Motions* addressed to Judge Paul A. Engelmayer from AUSA Jean–David Barnea dated 7–5–24. Document filed by United States of America..(Barnea, Jean–David) (Entered: 07/05/2024) |
| 07/05/2024 | 119 | FIRST MOTION to Disqualify Counsel *Jean–David Barnea*. Document filed by Brutus Trading, LLC. (Attachments: # 1 Supplement memorandum of law, # 2 Affidavit Declaration of McSweeney, # 3 Exhibit Exh. A to mot. to disqualify, # 4 Exhibit Exh. B to mot. to disqualify, # 5 Exhibit Exh. C to mot. to disqualify, # 6 Exhibit Exh. D to mot. to disqualify, # 7 Exhibit Exh. E to mot. to disqualify, # 8 Exhibit Exh. F to mot. to disqualify, # 9 Exhibit Exh. G to mot. to disqualify, # 10 Exhibit Exh. H to mot. to disqualify, # 11 Exhibit Exh. I to mot. to disqualify, # 12 Exhibit Exh. j to mot. to disqualify).(McSweeney, Patrick) (Entered: 07/05/2024) |
| 07/08/2024 | 120 | ORDER terminating 112 Letter Motion for Conference re: 112 LETTER MOTION for Conference re: 101 MOTION to Vacate . addressed to Judge Paul A. Engelmayer from Patrick M.McSweeney dated 101., 119 FIRST MOTION to Disqualify Counsel *Jean–David Barnea*. ; with respect to 119 Motion to Disqualify Counsel. The motion for a pre–motion conference, and the proposed motion itself, appears to be transparent bids to delay this litigation by unnecessarily hampering the Government's response to the pending motion to vacate. Although the Court doubts that Brutus Trading can meet the high "standard of proof" required for motions to disqualify, which are "disfavored" and recognized as "often interposed for tactical reasons" and as "inevitably caus[ing] delay" even when made in good faith, Pagan v. CI Lobster Corp., 549 F. Supp. 3d 356,359 (S.D.N.Y. 2021), the Court will permit such a motion to be made, and adopts the joint briefing schedule proposed. The Government's response to the disqualification motion is due July 15. Brutus Trading's reply, if any, is due July 22. The Government's response to the motion to appoint an independent expert will be due 14 days after the Court decides the disqualification motion. Brutus Trading's reply, if any, will be due 7 days after that. The Government's response to the motion to vacate will be due 14 days after the Court decides the motion to appoint an independent expert. Brutus Trading's reply, if any, will be due 7 days after that. SO ORDERED. (Signed by Judge Paul A. Engelmayer on 7/8/2024) (tg) (Entered: 07/08/2024) |
| 07/08/2024 | | Set/Reset Deadlines: Responses due by 7/15/2024 Replies due by 7/22/2024. (tg) (Entered: 07/08/2024) |
| 07/09/2024 | 121 | LETTER addressed to Judge Paul A. Engelmayer from Patrick McSweeney dated 07/09/2024 re: 07/08/2024 Order 120 . Document filed by Brutus Trading, LLC..(McSweeney, Patrick) (Entered: 07/09/2024) |
| 07/09/2024 | 122 | MOTION to Appoint Expert . Document filed by Brutus Trading, LLC..(McSweeney, Patrick) (Entered: 07/09/2024) |
| 07/09/2024 | 123 | MEMORANDUM OF LAW in Support re: 122 MOTION to Appoint Expert . . Document filed by Brutus Trading, LLC..(McSweeney, Patrick) (Entered: 07/09/2024) |
| 07/09/2024 | 124 | DECLARATION of Marcellus in Support re: 122 MOTION to Appoint Expert .. Document filed by Brutus Trading, LLC..(McSweeney, Patrick) (Entered: 07/09/2024) |
| 07/09/2024 | 125 | DECLARATION of Marcellus in Support re: 122 MOTION to Appoint Expert .. Document filed by Brutus Trading, LLC..(McSweeney, Patrick) (Entered: 07/09/2024) |

| | | |
|---|---|---|
| 07/09/2024 | 126 | DECLARATION of Knight in Support re: 122 MOTION to Appoint Expert .. Document filed by Brutus Trading, LLC..(McSweeney, Patrick) (Entered: 07/09/2024) |
| 07/09/2024 | 127 | MOTION to Disqualify Counsel *Jean−David Barnea*. Document filed by Brutus Trading, LLC..(McSweeney, Patrick) (Entered: 07/09/2024) |
| 07/09/2024 | 128 | MEMORANDUM OF LAW in Support re: 127 MOTION to Disqualify Counsel *Jean−David Barnea*. . Document filed by Brutus Trading, LLC..(McSweeney, Patrick) (Entered: 07/09/2024) |
| 07/09/2024 | 129 | **FILING ERROR – DEFICIENT DOCKET ENTRY – FILER ERROR –(SEE #131)** DECLARATION of Patrick McSweeney in Support re: 127 MOTION to Disqualify Counsel *Jean−David Barnea*.. Document filed by Brutus Trading, LLC..(McSweeney, Patrick) Modified on 7/11/2024 (kj). (Entered: 07/09/2024) |
| 07/10/2024 | 130 | SEALED DOCUMENT placed in vault..(jus) (Entered: 07/10/2024) |
| 07/11/2024 | 131 | DECLARATION of Patrick M. McSweeney in Support re: 127 MOTION to Disqualify Counsel *Jean−David Barnea*.. Document filed by Brutus Trading, LLC. (Attachments: # 1 Exhibit Email, # 2 Exhibit Email, # 3 Exhibit Email, # 4 Exhibit Letter, # 5 Exhibit Email, # 6 Exhibit Email, # 7 Exhibit Email, # 8 Exhibit Declaration, # 9 Exhibit Letter, # 10 Exhibit Declaration).(McSweeney, Patrick) (Entered: 07/11/2024) |
| 07/15/2024 | 132 | MEMORANDUM OF LAW in Opposition re: 127 MOTION to Disqualify Counsel *Jean−David Barnea*. . Document filed by United States of America..(Folch, Monica) (Entered: 07/15/2024) |
| 07/16/2024 | 133 | REPLY MEMORANDUM OF LAW in Support re: 127 MOTION to Disqualify Counsel *Jean−David Barnea*. . Document filed by Brutus Trading, LLC..(McSweeney, Patrick) (Entered: 07/16/2024) |
| 08/12/2024 | 134 | OPINION & ORDER re: 127 MOTION to Disqualify Counsel *Jean−David Barnea*. filed by Brutus Trading, LLC., The Court denies Brutus Trading's motion to disqualify. The Clerk of the Court is respectfully directed to terminate the motion pending at Docket 127. The Court hereby directs the Government to respond to Brutus Trading's motions to vacate and to appoint an independent expert by August 23, 2024. Brutus Trading's reply is due August 30, 2024. This amended briefing schedule will pe1mit the Court to resolve both motions simultaneously. (And as further set forth herein.) SO ORDERED. (Replies due by 8/30/2024., Responses due by 8/23/2024) (Signed by Judge Paul A. Engelmayer on 8/12/2024) (jca) (Entered: 08/12/2024) |
| 08/15/2024 | 135 | LETTER MOTION for Extension of Time to File Response/Reply as to 122 MOTION to Appoint Expert ., 101 MOTION to Vacate . addressed to Judge Paul A. Engelmayer from AUSA Jean−David Barnea dated 8−15−24. Document filed by United States of America..(Barnea, Jean−David) (Entered: 08/15/2024) |
| 08/16/2024 | 136 | ORDER granting 135 Letter Motion for Extension of Time to File Response/Reply. Granted. SO ORDERED. Responses due by 9/6/2024 Replies due by 9/13/2024. (Signed by Judge Paul A. Engelmayer on 8/16/2024) (tg) (Entered: 08/16/2024) |
| 09/06/2024 | 137 | MEMORANDUM OF LAW in Opposition re: 122 MOTION to Appoint Expert ., 101 MOTION to Vacate . . Document filed by United States of America..(Barnea, Jean−David) (Entered: 09/06/2024) |
| 09/09/2024 | 138 | LETTER MOTION for Extension of Time to File Response/Reply addressed to Judge Paul A. Engelmayer from Patrick M.McSweeney dated 9/09/2024. Document filed by Brutus Trading, LLC..(McSweeney, Patrick) (Entered: 09/09/2024) |
| 09/09/2024 | 139 | ORDER granting 138 Letter Motion for Extension of Time to File Response/Reply. Granted. SO ORDERED. (Signed by Judge Paul A. Engelmayer on 9/9/2024) Responses due by 9/27/2024 (ks) (Entered: 09/09/2024) |
| 09/23/2024 | 140 | LETTER MOTION for Leave to File addressed to Judge Paul A. Engelmayer from Patrick McSweeney dated September 23, 2024. Document filed by Brutus Trading, LLC..(McSweeney, Patrick) (Entered: 09/23/2024) |
| 09/23/2024 | 141 | ORDER granting 140 Letter Motion for Leave to File Document. Granted. SO ORDERED. (Signed by Judge Paul A. Engelmayer on 9/23/2024) (tg) (Entered: |

| | | |
|---|---|---|
| | | 09/23/2024) |
| 09/27/2024 | 142 | REPLY MEMORANDUM OF LAW in Support re: 122 MOTION to Appoint Expert ., 101 MOTION to Vacate . . Document filed by Brutus Trading, LLC..(McSweeney, Patrick) (Entered: 09/27/2024) |
| 10/07/2024 | 143 | NOTICE OF APPEARANCE by Matthew Aaron Leish on behalf of Times Media Limited..(Leish, Matthew) (Entered: 10/07/2024) |
| 10/07/2024 | 144 | LETTER addressed to Judge Paul A. Engelmayer from Matthew Leish dated October 7, 2024 re: Request to Unseal Exhibit. Document filed by Times Media Limited..(Leish, Matthew) (Entered: 10/07/2024) |
| 10/07/2024 | 145 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent News Corporation for Times Media Limited. Document filed by Times Media Limited..(Leish, Matthew) (Entered: 10/07/2024) |
| 10/08/2024 | 146 | MEMO ENDORSEMENT on re: 144 Letter filed by Times Media Limited. ENDORSEMENT: The Court directs the Government and Brutus to file letter responses by Friday, October 11, 2024. SO ORDERED. (Signed by Judge Paul A. Engelmayer on 10/8/2024) (tg) (Entered: 10/08/2024) |
| 10/09/2024 | 147 | LETTER MOTION for Extension of Time to File Response/Reply as to 146 Memo Endorsement, addressed to Judge Paul A. Engelmayer from Antonio J. Perez−Marques dated October 9, 2024. Document filed by Standard Chartered Bank, Standard Chartered PLC, Standard Chartered Trade Services Corporation..(Perez−Marques, Antonio) (Entered: 10/09/2024) |
| 10/10/2024 | 148 | ORDER granting 147 Letter Motion for Extension of Time to File Response/Reply. Granted. The Court directs the Government, SO ORDERED. Brutus, and Standard Chartered to file letter responses by October 25, 2024. The Court does not authorize replies. (Signed by Judge Paul A. Engelmayer on 10/10/2024) (tg) (Entered: 10/10/2024) |
| 10/25/2024 | 149 | LETTER addressed to Judge Paul A. Engelmayer from AUSA Jean−David Barnea dated 10−25−24 re: Times Media Request to Unseal Exhibit. Document filed by United States of America..(Barnea, Jean−David) (Entered: 10/25/2024) |
| 10/25/2024 | 150 | LETTER RESPONSE in Support of Motion addressed to Judge Paul A. Engelmayer from Patrick M. McSweeney dated 10/25/2024 re: 147 LETTER MOTION for Extension of Time to File Response/Reply as to 146 Memo Endorsement, addressed to Judge Paul A. Engelmayer from Antonio J. Perez−Marques dated October 9, 2024. *Response to Motion to Unseal [ECF No.144]*. Document filed by Brutus Trading, LLC..(McSweeney, Patrick) (Entered: 10/25/2024) |
| 10/25/2024 | 151 | LETTER addressed to Judge Paul A. Engelmayer from Antonio J. Perez−Marques dated October 25, 2024 re: Times Media Request to Unseal Exhibit. Document filed by Standard Chartered Bank, Standard Chartered PLC, Standard Chartered Trade Services Corporation..(Perez−Marques, Antonio) (Entered: 10/25/2024) |
| 10/28/2024 | 152 | LETTER MOTION for Leave to File Response to Standard Chartered Bank's 10/25/2024 letter addressed to Judge Paul A. Engelmayer from Patrick M. McSweeney dated 10/28/2024. Document filed by Brutus Trading, LLC..(McSweeney, Patrick) (Entered: 10/28/2024) |
| 10/28/2024 | 153 | ORDER. On October 25, 2024, the Court received letters from Jewish Insider and WWBT 12 On Your Side in support of and requesting to join The Times's motion to unseal Exhibit K. See Dkt. 144. The Court respectfully directs the Clerk of the Court to publicly file these letters on the docket of this case. SO ORDERED. (Signed by Judge Paul A. Engelmayer on 10/28/24) (yv) (Entered: 10/28/2024) |
| 10/29/2024 | 154 | ORDER denying 152 Letter Motion for Leave to File Document. Denied. SO ORDERED. (Signed by Judge Paul A. Engelmayer on 10/28/2024) (tg) (Entered: 10/29/2024) |
| 10/29/2024 | 155 | LETTER addressed to Judge Paul A. Engelmayer from Matthew Kassel dated 10/25/2024 re: I write on behalf of Jewish Insider, a U.S.−based news outlet, to request access to an exhibit of immense public interest that was filed under seal by Relator |

| | | |
|---|---|---|
| | | Brutus Trading, LLC (Brutus) in support of its pending Motion to Set Aside Judgment in this proceeding. (nb) (Entered: 10/29/2024) |
| 10/29/2024 | 156 | LETTER addressed to Judge Paul A. Engelmayer from Sarah Chakales dated 10/25/2024 re: I write on behalf of WWBT 12 On Your Side, an NBC–affiliated local news station in Richmond, VA, to request access to an exhibit of immense public interest that was filed under seal by Relator Brutus Trading, LLC ("Brutus"} in support of its pending Motion to Set Aside Judgment in this proceeding...(nb) (Entered: 10/29/2024) |
| 11/13/2024 | 157 | OPINION AND ORDER re: 122 MOTION to Appoint Expert . filed by Brutus Trading, LLC, 101 MOTION to Vacate . filed by Brutus Trading, LLC. For the foregoing reasons, the Court denies Brutus's motion to vacate and motion to appoint an independent expert. The Court also denies the motion by non–party Times Media Limited ("Times Media") to unseal Brutus's Exhibit K. The Clerk of Court is respectfully directed to terminate the motions pending at Dockets 101, 122, and 144. SO ORDERED. (Signed by Judge Paul A. Engelmayer on 11/13/2024) (tg) (Entered: 11/13/2024) |
| 01/13/2025 | 158 | **FILING ERROR – DEFICIENT DOCKET ENTRY – NOTICE OF APPEAL from 157 Memorandum & Opinion,,. Document filed by Brutus Trading, LLC. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(McSweeney, Patrick) Modified on 1/13/2025 (nd). (Entered: 01/13/2025)** |
| 01/13/2025 | | **\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT APPEAL. Notice to attorney Patrick McSweeney to RE–FILE Document No. 158 Notice of Appeal,.. The filing is deficient for the following reason(s): the Opinions and Orders being appealed were not selected. Re–file the appeal using the event type Notice of Appeal found under the event list Appeal Documents – attach the correct signed PDF – select the correct named filer/filers – select the correct order/judgment being appealed. (nd)** (Entered: 01/13/2025) |
| 01/13/2025 | 159 | NOTICE OF APPEAL from 134 Memorandum & Opinion, Set Deadlines,,,, 157 Memorandum & Opinion,,. Document filed by Brutus Trading, LLC. Filing fee $ 605.00, receipt number ANYSDC–30449945. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(McSweeney, Patrick) (Entered: 01/13/2025) |
| 01/13/2025 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 159 Notice of Appeal,..(nd) (Entered: 01/13/2025) |
| 01/13/2025 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 159 Notice of Appeal, filed by Brutus Trading, LLC were transmitted to the U.S. Court of Appeals..(nd) (Entered: 01/13/2025) |