# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

USA, Brutus Trading LLC

**CERTIFICATE OF SERVICE**\*

Docket Number: 25-115

v.

STANDARD CHARTERED BANK,

I, Kaitlin Echevarria, hereby certify under penalty of perjury that
(print name)

on April 22, 2025, I served a copy of Joint Appendix (Volumes I & II), Brief for Relator Appellant and Exhibit K (Video)
(date)

(list all documents)

by (select all applicable)**

___ Personal Delivery      __X__ United States Mail      ___ Federal Express or other Overnight Courier

___ Commercial Carrier     ___ E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| MATTHEW PODOLSKY | 86 Chambers Street | NY | NY | 10007 |
| DAVIS POLK & WARDELL LLP | 450 Lexington Avenue | NY | NY | 10017 |
| | | | | |
| | | | | |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

4/22/25

Today's Date                                              Signature

Certificate of Service Form (Last Revised 12/2015)